FAX or Internet

UNITED STATES DISTRICT COURT
for the
District of Arizona

☒ FILED   ☐ LODGED
**Mar 04 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In the Matter of the Search of
*A green "digital camouflage" military surplus style backpack taken from the person of DONALD, Eric, now located at the Emergency Operations Center within Grand Canyon National Park*

)
)
)
)
)

Case # 22-4068 MB

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the   Federal   District of   Arizona
*(identify the person or describe the property to be searched and give its location)*:
**A green "digital camouflage" backpacking military surplus style backpack retrieved from the person of DONALD, Eric now kept at the emergency operations center of Grand Canyon National Park.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal: **See Attachment A and B.**

**YOU ARE COMMANDED** to execute this warrant on or before   March 12, 2022
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   Any U.S. Magistrate in the D. of Ariz   .
*(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____

*Camille D. Bibles*   Digitally signed by Camille D. Bibles
Date: 2022.02.26 17:26:21 -07'00'
*Judge's Signature*

City and State:   Flagstaff, Arizona          Camille D. Bibles, United States Magistrate Judge

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-4068 MB | 02/26/2022  1740 | DONALD  Property |

Inventory made in the presence of:
L. STEVENSON / A. SHERMAN

Inventory of the property taken and name of any person(s) seized:

MICRO SD CARD w/ ELECTRONIC DATA CONTAINED THEREIN

"Go Pro" Video Camera

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/26/2022

_Executing Officer's Signature_

Eden Wynd   Law Enforcement Ranger
_Printed Name and Title_